UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>FREDERICK A. SIMONE, (1)<br>  a/k/a FREDDY, a/k/a<br>  THE NEIGHBOR;<br>VINCENT C. GIACCHINI, (2)<br>  a/k/a DEE DEE; and<br>FRANCIS WHITE, (3)<br>  a/k/a THE WHITE-HAIRED GUY | Case No. 03-CR- 10356-MLW<br><br>SEALED |

## GOVERNMENT'S MOTION TO SEAL

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States Attorney hereby respectfully moves the Court to seal the Indictment, arrest warrants, this motion, the Court's order on this motion, <u>all related docket entries</u> and any other paperwork related to this matter, until further order of this Court or all Defendants are in custody, whichever is earlier. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to execute the arrest warrants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: November 20, 2003    By: _____
                               Colin Owyang
                               Assistant U.S. Attorneys

[Margin annotations: "ALLOWED. SO ORDERED." with signature; "NOV 20 2003"]