AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MA_____

U S
v.
Francis White, et al

APPEARANCE

Case Number: 03-10356 MLW #3

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _____Francis White_____

FILED
In Open Court
USDC Mass.
Date 12-1-03
By _____
Deputy Clerk  3:20pm

I certify that I am admitted to practice in this court.

_____12/1/03_____
Date

Signature

_____Richard M. Egbert_____  _____151800_____
Print Name                      Bar Number

_____99 Summer St_____
Address

_____Boston_____  _____Ma_____  _____0210__
City             State         Zip Code

_____617-737-8222_____  _____617-737-8223_____
Phone Number              Fax Number