UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )    NO.  03-CR-10356-MLW
                                  )
FREDERICK A. SIMONE, (1)          )
   a/k/a FREDDY, THE NEIGHBOR;    )
VINCENT C. GIOACCHINI, (2)        )
   a/k/a DEE DEE; and             )
FRANCIS WHITE, (3)                )
   a/k/a THE WHITE-HAIRED GUY     )

GOVERNMENT'S MOTION TO SEAL AFFIDAVIT OF DETECTIVE LIEUTENANT
JOHN TUTUNGIAN IN SUPPORT OF PRETRIAL DETENTION

The United States Attorney hereby respectfully moves the Court

to seal the  Affidavit of Detective Lieutenant John Tutungian in

Support of Pretrial Detention, this motion, the Court's order on

this motion, all related docket entries and any other paperwork

related to this matter until the commencement of the detention

hearing.  As grounds for this motion, the government states that

premature public disclosure of these materials might adversely

effect the hearing in this case.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  _Colin Owyang_
                         Colin Owyang
                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                  Boston, Massachusetts

    This is to certify that a copy of the foregoing motion was
delivered by hand this 3rd day of December 2003, to counsel to
record.

                         _Colin Owyang_
                         Colin Owyang
                         Assistant U.S. Attorney

12/03/03  ALEXANDER, U.S.M.J ALLOWED.