UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | NO.  03-CR-10356-MLW |
| ) | |
| FREDERICK A. SIMONE, (1)  ) | |
|   a/k/a FREDDY, THE NEIGHBOR; ) | |
| VINCENT C. GIOACCHINI, (2)  ) | |
|   a/k/a DEE DEE; and  ) | |
| FRANCIS WHITE, (3)  ) | |
|   a/k/a THE WHITE-HAIRED GUY  ) | |

GOVERNMENT'S MOTION TO UNSEAL AFFIDAVIT OF DETECTIVE LIEUTENANT
JOHN TUTUNGIAN IN SUPPORT OF PRETRIAL DETENTION

   The United States Attorney hereby respectfully moves the Court to unseal the Affidavit of Detective Lieutenant John Tutungian in Support of Pretrial Detention, this motion, the Court's order on this motion, <u>all related docket entries</u> and any other paperwork related to this matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
FILED                               United States Attorney
In Open Court
USDC, Mass.
Date 12/4/03
By [signature]                  By: [signature]
Deputy Clerk                        Colin Owyang,
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                        Boston, Massachusetts

   This is to certify that a copy of the foregoing motion was delivered by hand this 4th day of December 2003, to counsel to record.

                                    [signature]
                                    Colin Owyang
                                    Assistant U.S. Attorney

12/4/03 [signature], M.J. allowed