AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANCIS WHITE, A/K/A THE WHITE-HAIRED GUY

**WARRANT FOR ARREST**

CASE NUMBER: 03-CR-10356-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   FRANCIS WHITE, A/K/A THE WHITE-HAIRED GUY
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
RICO, conspiracy, interstate transportation in aid of racketeering, extortionate extensions of credit, collection of extortionate extensions of credit, and aiding & abetting.

in violation of
Title   18   United States Code, Section(s)   1962, 371, 1952, 892, 894, & 2

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-20-2003   Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI BY ARREST OF DEFENDANT ON 12/1/03 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.