# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA
V.

_Francis White_
Defendant

**APPEARANCE BOND**

CASE NUMBER: CR03-10356:03 M2W

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____, and there has been deposited in the Registry of the Court the sum of
$ _500,000.00_ in cash or _property located at_ _____ (describe other security.)
_32 Frankfort St and 30 Frankfort St., East Boston, MA_

The conditions of this bond are that the defendant _Francis White_ (name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _12-24-03_ at _Courtroom #24, 7th Floor, Boston, MA_.
Defendant _Francis White_   Address. _32 Frankfort St, Apt. #1, East Boston, MA_
Surety. _Anthony J. White_   Address. _30 FRANKFURT ST. E. Boston, MA 02128_
Surety. _____   Address. _____

Signed and acknowledged before me on _12-24-03_
                                                Date

Judicial Officer/Clerk

Approved: _____
           Judicial Officer