# Richard M. Egbert
### Attorney at Law

Patricia A. DeJunius
Admitted to practice in
Connecticut & Massachusetts

RECEIVED
Judge Alexander's Chambers
09 2004

99 Summer Street
Suite 1800
Boston, Massachusetts 02110
Telephone (617) 737-8222

Telecopier (617) 737-8223

January 8, 2004

Rex Brown, Courtroom Clerk
for the Honorable Magistrate Judge Joyce London Alexander
United States District Court
For the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

     Re:    U.S. v. Francis White
           Docket No. 03-10356-MLW

     This letter is to inform you that that mortgage relative to the above captioned matter has been recorded with the Suffolk County Registrar of Deeds as follows:

         Property Address: 30-32 Frankfort Street, East Boston, MA 02128
         Instrument Number: 422
         Date: January 7, 2004 at 1:35 p.m.

     As soon as I receive the original recorded document, I will forward to your attention.

     Thank you for your assistance.

                               Sincerely,

                               Tracy S. Heath
                               Legal Assistant