```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )
                              )
FREDERICK SIMONE,             )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and        )
FRANCIS WHITE,                )
                              )
          Defendants.         )
```

ORDER

WOLF, D.J.                                              February 6, 2004

The court has considered the February 6, 2004 report of Pretrial Services, which was prepared after consultation with counsel for the government and for defendant Francis White. As agreed by the parties and recommended by Pretrial Services, it is hereby ORDERED that White's Motion to Modify Terms of Pretrial Release (Docket No. 37) is ALLOWED, with the following conditions:

1. Francis White shall, prior to departure, provide Pretrial Services with a complete travel itinerary.

2. Francis White shall report to Pretrial Services in San Juan, Puerto Rico, upon arrival in that district and as directed during the period of time from February 9, 2004 to February 23, 2004.

3. Francis White shall notify Pretrial Services in Boston immediately upon his return to this district.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE