## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 03-10356-MLW** |
| **V.** | |
| **FREDERICK A. SIMONE et al**<br>        **Defendant(s)** | |

## NOTICE OF HEARING

**WOLF, D.J.**

   **PLEASE TAKE NOTICE** that the above-titled case has been set for a Hearing on defendants, Simone's and Gioacchini's, appeal of the Magistrate Judge's Order of Detention and for a scheduling conference on **February 24, 2004** at 10:00 A.M. before Judge Wolf in Courtroom # **10** on the **5**th floor.

                                                                **TONY ANASTAS**
                                                                **CLERK OF COURT**

| | |
|---|---|
| **February 11, 2004**<br>        Date | By:  **/s/ Dennis O'Leary**<br>        Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)                                                    [ntchrgcnf.]
                                                                            [kntchrgcnf.]