AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

**EXHIBIT AND WITNESS LIST**

UNITED STATES OF AMERICA
V.
FREDERICK SIMONE et al

Case Number: CR03-10356-MLW

| PRESIDING JUDGE | | | | | |
|---|---|---|---|---|---|
| Wolf | | | | | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wolf | Owyang, Todisco | George, Reddington, Egbert |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 02/24/04 | Twomey | O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/24/04 | | 1 | Court Memo and Order from CR901-10065 dated 8/7/90 |
| | ----- | 2/24/04 | | | Defendant, Simone, calls Trooper Tutungian |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.