```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
     v.                        )
                               )
FREDERICK SIMONE,              )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and         )
FRANCIS WHITE,                 )
                               )
     Defendants.               )
```

ORDER

WOLF, D.J.                                              June 25, 2004

The court has received defendant Francis White's Motion to Modify Terms of Pretrial Release (Docket No. 98), filed on June 6, 2004, and the Government's Response (Docket No. 99). As neither the government nor pretrial services objects to the Motion, it is hereby ORDERED that the Motion to Modify Terms of Pretrial Release is ALLOWED, with the following conditions:

1. Francis White shall, prior to traveling to Maine or New Hampshire, provide advance notice to and receive advance permission from his pretrial services officer.

2. Francis White shall not travel to any state other than Maine or New Hampshire without prior court approval.

                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE