UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS WHITE | Criminal No. 03-CR-10356-MLW |

### MOTION TO JOIN DEFENDANT SIMONE'S MOTION FOR FURTHER EXTENSION OF TIME FOR PREPARATION AND FILING OF SUBSTANTIVE MOTIONS

Now comes the defendant, Francis White, in the above-entitled matter and respectfully requests that this Honorable Court allow him to join the Motion for Further Extension of Time for Preparation and Filing of Substantive Motions filed by co-defendant, Frederick A. Simone, in this case (attached hereto as Exhibit A). As reasons therefore, Mr. White states that, for discovery purposes, he is similarly situated to Mr. Simone and that Mr. Simone's motion applies with equal force and effect to him. Furthermore, the Court's allowing him to join in this motion serves the interest of judicial economy.

WHEREFORE, the defendant, Francis White, respectfully requests this Court allow him to join the Motion for Further Extension of Time for Preparation and Filing of Substantive Motions to extend time to December 1, 1004.

Respectfully submitted,
FRANCIS WHITE
By his attorney,


  /s/ Richard M. Egbert
Richard M. Egbert, BBO#151800
Patricia A. DeJuneas, BBO 652997
Law Office of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

## CERTIFICATE OF SERVICE

    I, Richard M. Egbert, hereby certify that I have caused a copy of the foregoing document to be served on Assistant United States Attorney Colin Owyang by first class mail, this 1st day of September, 2004.

                                                              /s/ Richard M. Egbert_____
                                                              Richard M. Egbert