**COURTESY COPY – DO NOT SCAN**

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** <br><br> **v.** <br><br> **FREDERICK A. SIMONE, (1)** <br>    a/k/a FREDDY, a/k/a <br>    THE NEIGHBOR; <br><br> **VINCENT C. GIAOCCHINI, (2)** <br>    a/k/a DEE DEE; and <br><br> **FRANCIS WHITE, (3)** <br>    a/k/a THE WHITE-HAIRED GUY | Case No.  03-CR-10356-MLW |

**GOVERNMENT'S SUPPLEMENTAL NOTICE OF
CHANGE AND WITHDRAWAL OF COUNSEL**

In response to the Court's September 8, 2004 Order, the United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notifies the Court and defense counsel that AUSA DiNisco will alone represent the government in this case until the government is able to identify new co-counsel.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                     By:  /s/ Colin Owyang
                           ERNEST DiNISCO
                           COLIN OWYANG
                           Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I, Colin Owyang, do hereby certify that I served a copy of the foregoing pleading by first-class mail on September 10, 2004 on (1) counsel for defendant Frederick Simone, Kevin J. Reddington, Esq., 1342 Belmont Street, Suite 203, Brockton, MA 02301; (2) counsel for defendant Vincent Gioacchini, Robert A. George, Esq., 138 Newbury Street, Suite 3, Boston, MA  02116; and (3) counsel for defendant Francis White, Richard M. Egbert, Esq., 99 Summer Street, Boston, Massachusetts  02110.

                                                   /s/ Colin Owyang  
                                                   COLIN OWYANG  
                                                   Assistant U.S. Attorney