UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS WHITE | Criminal No. 03-CR-10356-MLW |

**ASSENTED TO MOTION TO MODIFY TERMS OF**
**PRETRIAL RELEASE**

Defendant Francis White respectfully requests that this Court modify the terms of his pre-trial release. In support, Mr. White states as follows:

1. Under the current terms of his release, Mr. White is required to call his Pretrial Services Officer, Thomas O'Brien, every Monday, Wednesday and Friday morning.

2. Mr. White has consistently abided by each and every term of his release, including the requirement that he call Mr. O'Brien three times per week.

3. Mr. White respectfully requests that this Court modify the conditions of his release to require him to call only one time per week, i.e., on Fridays before 12:00 p.m.

4. **Pretrial Services Officer Thomas O'Brien agrees that the requested modification is appropriate.**

5. Assistant United States Attorney, Ernest DiNisco assents to this Motion.

WHEREFORE, Mr. White respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release and require him to call Pretrial Services one day per week, i.e., every Friday by 12:00 p.m.

        RESPECTFULLY SUBMITTED,
        FRANCIS WHITE

        By his attorneys,

        /s/ Richard M. Egbert
        Patricia A. DeJuneas, BBO 652997
        Richard M. Egbert, BBO 151800
        99 Summer Street, Suite 1800
        Boston, MA  02110
        (617) 737-8222

**CERTIFICATE OF SERVICE**

I, Richard M. Egbert, hereby certify that I have caused a copy of the foregoing document to be served on Assistant United States Attorney Ernest DiNisco by first class mail, this 14th day of September, 2004.

        /s/ Richard M. Egbert
        Richard M. Egbert