## AFFIDAVIT OF PAMELA HARRIS-DALEY

I, Pamela Harris-Daley, depose and say as follows;

1.)    I have been in a relationship with Frederick Simone for approximately four (4) years and have known him for approximately eight (8) years.

2.)    I have been a member in good standing of the Massachusetts bar since 1995.

3.)    In or around September of 2000, I visited Mimi Roberto at her real estate office in Brighton.  She had referred me to a doctor who ultimately treated me surgically for a mass on my ovary at the Beth Israel Hospital in October-November of 2000.  During this conversation she began to complain about her husband and how unsupportive he had been and continued to be regarding her illness and how lucky I was to have Freddy. She went on to say that she believed her husband Vinny Roberto was a "rat" in "every sense of the word" and that she "knew this for sure now."

4.)    Mimi Roberto went on in this and other conversations we had during this same time period to tell me that her husband, Vinny Roberto, had been "arrested in Florida for book making: and that he (Vinny) was also the "target of an investigation in Essex County."  She went on to tell me that Vinny was concerned that he would "loose his property in Florida," that [Mimi and her] daughter would also become targets."

5.)    Mimi also told me during this time period that Vinny was concerned about the "IRS" coming after him once the FBI and the State Police were through with him.

6.)      Mimi Roberto told me further that she believed her husband was a "rat" because inside their Florida home, he (Vinny) had "introduced several me [she believed to be police officers and/or federal agents] as 'FBI' and as 'his friends.'" She indicated that following this visit Vinny Roberto told her "[not to] worry about losing the Florida property" or about either "[her or her daughter] getting arrested."

7.)      During this same time, Vinny Roberto, on a regular basis, invited myself and Frederick Simone to eat at his restaurant in Framingham. He invited myself, my father, my son and Frederick Simone to several house parties at his home in Framingham, including but not limited to one for the 4th of July and one preceding his son's wedding in the early fall I believe. Moreover, during this time, Vinny Roberto on a regular basis brought food over to Frederick Simone's home for Mr. Simone, Mr. Simone's children, my son and myself. Mr. Roberto usually did this without notice to us and without a request from us. Very often, Mr. Roberto stayed and ate with us.

8.)      During this same time, Mr. Roberto invited myself, my son and Mr. Simone to go to Florida to stay with him and his wife, Mimi, during Thanksgiving.

9.)      In or around the summer of 2000, Michael Dezotell invited me and Frederick Simone to visit him at his home in Cape Cod, Massachusetts. During that visit, we went to dinner with Michael Dezotell. At dinner, Michael Dezotell had been drinking. The owner of the restaurant told

Michael Dezotell that he did not think Dezotell should drive home that evening and that he should let Mr. Simone drive. Dezotell responded by saying very loudly and quite openly, "What do I care? I'm with the FBI."

10.) Mr. Dezotell went on to say in the car that evening that he had the "gold card" and that he never had to worry about not being able to "make money."

11.) I took this to mean, particularly following on the heals of the "FBI" comment earlier this same evening, that this meant that because he was a "rat" and an "informant" for the government, he could keep being a bookmaker and never get convicted as long as he cooperated with the government.

12.) Prior to Christmas of 2000, I was contacted by Michael Dezotell who told me that he wanted to help me if I needed bail money for Freddy.

13.) I indicated that I was all set with that but that maybe he could right (sic) a letter of support.

14.) I joked and said, "since you are with the FBI, it might carry a lot of weight."

15.) Mr. Dezotell's response was that because he was "with the FBI" [that is why he couldn't do that]. Mr. Dezotell went on to tell me that he was with "Sonny" and I told him I had no idea who that was or what that meant and all I wanted was a letter of support. He started to get nervous and told me "[I didn't] understand." With that I ended the conversation.

16.)    These are not all the facts known to me regarding the above but instead

this affidavit was prepared for the purposes of the herein attached motion.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11TH

DAY OF SEPTEMBER, 2004.


/s/ Pamela Harris-Daley