UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| v. | **NO. 03-10356-MLW** |
| **FREDERICK SIMONE et al**<br>    Defendant(s) | |

## NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **STATUS CONFERENCE** originally scheduled for **OCTOBER 4, 2004** at **4:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **OCTOBER 12, 2004** at **3:30 P.M.** in Courtroom # **10** on the **5th** floor.

TONY ANASTAS
CLERK OF COURT

**September 29, 2004**          By:    /s/ Dennis O'Leary
    Date                                      **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                              [ntchrgcnf.]
                                                                              [kntchrgcnf.]