UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS WHITE | Criminal No. 03-CR-10356-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant Francis White in the above-captioned matter.

                                              Respectfully submitted,
                                              FRANCIS WHITE
                                              By his attorneys,


                                              __/s/ Patricia A. DeJuneas_____
                                              Patricia A. DeJuneas BBO No. 652997
                                              Richard M. Egbert, BBO No. 151800
                                              Law Offices of Richard Egbert
                                              99 Summer Street, Suite 1800
                                              Boston, MA 02110
                                              Tel: (617) 737.8222

## **CERTIFICATE OF SERVICE**

      I, Patricia A. DeJuneas, do hereby certify that I have served the foregoing Notice of Appearance on AUSA Ernest DiNisco, by facsimile and first class mail, postage prepaid, this 12th day of October 2004.


                                        ___/s/ Patricia A. DeJuneas_____
                                        Patricia A. DeJuneas