UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

|  |  |
|---|---|
| | Frederick Simone |
| | Vincent Gioacchini |
| United States of America | Francis White |
| PLAINTIFF | DEFENDANT |
| | |
| Heidi Brieger | Kevin Reddington |
| | |
| Ernest Dinisco | Robert George |
| | |
| | Patricia DeJuneas |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary               REPORTER  Twomey

CLERK'S NOTES

| DATES: | Status Conference Held. |
|---|---|
| 10/12/04 | Court goes over the various motions to suppress and the motion to identify informants filed by the defendants |
| | with the parties.  Court orders the defendants to file supplemental submission to identify what they allege are |
| | false /misrepresentations in the affidavit submitted in support of the application for wire surveillance by |
| | 10/22/04.  Government shall file its responses by November 23, 2004.  Any replies shall be filed 12/10/04. |
| | A hearing shall be held on December 16, 2004 solely on the issue of whether there is a sufficient showing |
| | to hold an evidentiary hearing.  Defendant's shall file a supplemental/focused motion for discovery by |
| | 10/15/04.  Parties ordered to report regarding any early resolution of the case by 10/26/04.  Court also orders |
| | every counsel of record to attend all future hearings unless excused by the court by way of motion filed |
| | three days in advance.  Court orders the parties to purchase the transcript from today's hearing.. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |