SCANNED

DATE: 10-25-04

BY: CMB

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 10/25/04
By _____
Deputy Clerk

UNITED STATES OF AMERICA

v.

FRANCIS WHITE

Criminal No. 03-CR-10356-MLW

## SUPPLEMENTAL AFFIDAVIT OF PATRICIA A. DEJUNEAS REGARDING PURPORTED TARGETS VINCENT ROBERTO AND MICHAEL DEZOTELL

I, Patricia A. DeJuneas, on oath depose and state as follows:

1. As explained in my earlier affidavit, I, along with Richard M. Egbert, represent Defendant Francis White in connection with the case pending in this Court. Mr. Egbert and I also previously represented Defendant Frederick Simone in a state court case involving the same wiretaps at issue before this Court.

2. In my earlier affidavit, I alleged, in sum, that, upon information and belief, federal authorities, assisted by the Massachusetts State Police, arrested Vincent Roberto in the State of Florida during the summer of 2000; that law enforcement authorities sought to seize much of Roberto's property; that government agents threatened to press charges against Roberto's wife and daughter; and that the Florida prosecution was resolved to Roberto's favor in that he paid a $30,000 fine, the government abandoned its forfeiture requests and the government did not prosecute his family members. I repeat and incorporate those allegations here.

3. After reviewing discovery provided by the prosecution in this case, I add the following allegations, all of which substantially corroborate my earlier affidavit as well as the affidavit of Pamela Harris-Daley (attached hereto as Exh. 1):

   (a) In his affidavit dated January 28, 2000, Trooper Russolillo alleged under oath that Roberto was in Florida during January of 2000, and that Russolillo had probable cause to believe that Roberto was involved in the Zampanti gaming organization. Specifically, Trooper Russolillo alleged that Roberto generated profits for the Zampanti gaming organization through bettors and agents. *See* Exh. 2 at ¶¶ 27, 28, and 29.

139

(b) In his affidavit dated February 11, 2000, Trooper Russolillo again alleges that Roberto was spending time in Florida. He further alleges that Roberto owned a 50% interest in the Zampanti gaming organization, and that during that time period, fellow targets Joseph Zampanti, Jr. and Ronald Zampanti had been charged with unspecified gaming offenses in state court; he does not allege, however, that Roberto had been charged. *See* Exh. 3 at ¶¶ 12A, 13, 14.

(c) In the February 11, 2000 affidavit, Trooper Russolillo alleged that "Roberto remains in Florida while conducting his bookmaking activities with the Zampanti gaming organization" and that Roberto received telephone calls related to gaming activity at an address in Pompano Beach, Florida. *See* Exh. 3 at ¶¶ 14, 19.

(d) In his affidavit dated February 28, 2000, Trooper Russolillo alleged that the Organized Criminal Activity Section of the Broward County Sheriff's Office had become involved in investigating Roberto's gaming activities, and that the Sheriff's office obtained court-authorized pen-register and trap and trace devices on Roberto's Florida telephone. *See* Exh. 4.

(e) In his affidavit dated September 1, 2000 (¶ 27), Trooper Russolillo alleged that on March 24, 2000, the Broward County Sheriff's Office executed a search warrant at Roberto's Florida home, and that the search revealed evidence of illegal gaming activity. Russolillo also alleges that Roberto's business was searched that same day. Importantly, however, Russolillo does not allege -- nor, upon information and belief, could he -- that Roberto was ever criminally charged in connection with that search. In fact, Roberto has not been charged with an offense since 1992. *See* Exh. 5.

(f) In his affidavit dated September 19, 2000 (at p. 33), Trooper Russolillo alleged the following, which corroborates Ms. Harris-Daley's allegation that Michael Dezotell was in fact an informant:

> We note according to the records of the Attorney General's office, Michael Dezotell was named in a wiretap investigation conducted by the Massachusetts State Police, Special Services Section, from October to December, 1993. The Orders and Warrants for this investigation were issued by Superior Court Justice Thomas E. Connolly on October 25, 1993, November 8, 1993 and December 3, 1993... *As set forth in a letter to Justice Margot Botsford, dated September 19, 2000, from these applicants and incorporated herein for reference, Michael Dezotell was not charged as a result of this investigation.* (emphasis added).

(g) The referenced letter to Judge Botsford has never been produced to the Defendants, in either the state case against Mr. Simone or in this case.[1]


SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF OCTOBER, 2004.

/s/ Patricia A. DeJuneas
Patricia A. DeJuneas


## CERTIFICATE OF SERVICE

I, Patricia A. DeJuneas, hereby certify that I have caused a copy of the foregoing document to be served on Assistant United States Attorney Ernest DiNisco by first class mail, this 22nd day of October, 2004.

/s/ Patricia A. DeJuneas
Patricia A. DeJuneas


---

[1]    Defendants have made a specific request to federal prosecutors for this document, but as of today, prosecutors have not decided whether to voluntarily disclose the letter.



## AFFIDAVIT OF PAMELA HARRIS-DALEY

I, Pamela Harris-Daley, depose and say as follows;

1.)    I have been in a relationship with Frederick Simone for approximately

four (4) years and have known him for approximately eight (8) years.

2.)    I have been a member in good standing of the Massachusetts bar since

1995.

3.)    In or around September of 2000, I visited Mimi Roberto at her real estate

office in Brighton.  She had referred me to a doctor who ultimately treated

me surgically for a mass on my ovary at the Beth Israel Hospital in

October-November of 2000.  During this conversation she began to

complain about her husband and how unsupportive he had been and

continued to be regarding her illness and how lucky I was to have Freddy.

She went on to say that she believed her husband Vinny Roberto was a

"rat" in "every sense of the word" and that she "knew this for sure now."

4.)    Mimi Roberto went on in this and other conversations we had during this

same time period to tell me that her husband, Vinny Roberto, had been

"arrested in Florida for book making: and that he (Vinny) was also the

"target of an investigation in Essex County."  She went on to tell me that

Vinny was concerned that he would "loose his property in Florida," that

[Mimi and her] daughter would also become targets."

5.)    Mimi also told me during this time period that Vinny was concerned about

the "IRS" coming after him once the FBI and the State Police were

through with him.

6.)    Mimi Roberto told me further that she believed her husband was a "rat"
because inside their Florida home, he (Vinny) had "introduced several me
[she believed to be police officers and/or federal agents] as 'FBI' and as
'his friends.'"  She indicated that following this visit Vinny Roberto told
her "[not to] worry about losing the Florida property" or about either "[her
or her daughter] getting arrested."

7.)    During this same time, Vinny Roberto, on a regular basis, invited myself
and Frederick Simone to eat at his restaurant in Framingham.  He invited
myself, my father, my son and Frederick Simone to several house parties
at his home in Framingham, including but not limited to one for the 4th of
July and one preceding his son's wedding in the early fall I believe.
Moreover, during this time, Vinny Roberto on a regular basis brought food
over to Frederick Simone's home for Mr. Simone, Mr. Simone's children,
my son and myself.  Mr. Roberto usually did this without notice to us and
without a request from us.  Very often, Mr. Roberto stayed and ate with
us.

8.)    During this same time, Mr. Roberto invited myself, my son and Mr.
Simone to go to Florida to stay with him and his wife, Mimi, during
Thanksgiving.

9.)    In or around the summer of 2000, Michael Dezotell invited me and
Frederick Simone to visit him at his home in Cape Cod, Massachusetts.
During that visit, we went to dinner with Michael Dezotell.  At dinner,
Michael Dezotell had been drinking.  The owner of the restaurant told

Michael Dezotell that he did not think Dezotell should drive home that evening and that he should let Mr. Simone drive. Dezotell responded by saying very loudly and quite openly, "What do I care? I'm with the FBI."

10.) Mr. Dezotell went on to say in the car that evening that he had the "gold card" and that he never had to worry about not being able to "make money."

11.) I took this to mean, particularly following on the heals of the "FBI" comment earlier this same evening, that this meant that because he was a "rat" and an "informant" for the government, he could keep being a bookmaker and never get convicted as long as he cooperated with the government.

12.) Prior to Christmas of 2000, I was contacted by Michael Dezotell who told me that he wanted to help me if I needed bail money for Freddy.

13.) I indicated that I was all set with that but that maybe he could right (sic) a letter of support.

14.) I joked and said, "since you are with the FBI, it might carry a lot of weight."

15.) Mr. Dezotell's response was that because he was "with the FBI" [that is why he couldn't do that]. Mr. Dezotell went on to tell me that he was with "Sonny" and I told him I had no idea who that was or what that meant and all I wanted was a letter of support. He started to get nervous and told me "[I didn't] understand." With that I ended the conversation.

16.)    These are not all the facts known to me regarding the above but instead

this affidavit was prepared for the purposes of the herein attached motion.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11TH

DAY OF SEPTEMBER, 2004.


/s/ Pamela Harris-Daley

26.)    I also note that during the monitoring of conversations between Ronald Zampanti and

Joseph Zampanti Jr.. and Vincent Roberto. (who I will explain later in the affidavit) there has

been numerous references to Carmine Damelio in the context that they identify him by the

nicknames of "Junior"and "Snoopa."

## VINCENT V. ROBERTO

27.)    Based on my training and experience, the information set forth herein and in my prior

affidavit dated January 13th, 2000, it is my opinion that Vincent Roberto of 892 Old Connecticut

Path, Framingham, Massachusetts has been, and will continue to be intercepted over the

**"Zampanti II Telephone"** engaged in conversations relating to the provisions of gaming

services in violation of Massachusetts General Law Chapter 271, Section 17.  In addition. the

information set forth herein, in my opinion, establishes probable cause to believe that Vincent

Roberto is currently in Florida and utilizes a telephone in conversations with Ronald Zampanti

over the **"Zampanti II Telephone"** in furtherance of providing gaming services in violation of

Massachusetts General Law Chapter 271. Section 17.

28.)    In my prior affidavit dated January 13th, 2000, I provided information about a past

gaming investigation of Roberto which utilized court authorized electronic surveillance.

Lieutenant Tutungian was the case officer of a wiretap investigation of Roberto and he is

thoroughly familiar with his voice.  After a review of conversations between Ronald Zampanti

and a person by the name of "Vinny", Lieutenant Tutungian has definitively identified this

24

person to be Vincent Roberto.

29.)    I have reviewed several conversations over the **"Zampanti II Telephone"** involving

Ronald Zampanti and Vincent Roberto. Based upon these conversations. it is my opinion that

Vincent Roberto generates a portion of the profits acquired by bets registered with "agents"

and/or bettors of the Zampanti organization.  I further believe that these conversations indicate

that Roberto is a partner with Joseph Zampanti Jr., Carmine Damelio, and Ronald Zampanti in

relation to a significant number of "agents" and/or bettors.  Examples of some of these

conversations are set forth below.

A.)    On January 15th. 2000, at approximately 12:51 P.M.. Ronald Zampanti made an

outgoing call on the **"Zampanti II Telephone"** to Vincent Roberto.  During this conversation,

Ronald Zampanti and Vincent Roberto discussed the line on the Jacksonville football game and

other sporting events.  They further discussed "JB" and the bets registered by him.  As I stated

above. it is my opinion that "JB" is a  reference to John Burroughs.  A copy of this transcript will

be attached hereto and incorporated herein as **Exhibit 11**.

B.)    On January 15th. 2000. at approximately 12:04 P.M. Ronald Zampanti received an

incoming call on the **"Zampanti II Telephone"** from Vincent Roberto.  During this

conversation. Ronald Zampanti and Vincent Roberto discussed how they were doing for the

week in reference to their gaming business.  They further discussed that two guys were not going

to receive a ten percent commission.  Based upon my training and experience I have learned that

the upper echelon of bookmaking organizations pay their "agents" a commission which is a

percentage based upon the bets generated by said "agents."  In addition, they also reviewed

25

monies won or lost by various agents and bettors. There was also a discussion about "Al" relative to changes in the "line." As I stated above, I believe that "Al" is a reference to Alfred Mainero. A copy of this transcript will be attached hereto and incorporated herein as **Exhibit 12**.

       C.)    On January 22nd, 2000, at approximately 14:30 P.M. Ronald Zampanti received an incoming call on the **"Zampanti II Telephone"** from Vincent Roberto. This conversation clearly illustrates the scope of the gaming relationship between the Zampanti gaming organization and Roberto. During this conversation, Ronald Zampanti and Vincent Roberto discussed how they were doing for the week in reference to their gaming business. They further discussed monies owed or due to various "agents" and/or bettors. I note that many of these "agents" and/or bettors have also been the topic of conversations between Ronald Zampanti and Joseph Zampanti Jr. At one point in the conversation, Roberto explained to Ronald Zampanti that his guy paid "Snoopa" twelve thousand dollars. Earlier in this affidavit I provided information which substantiates my opinion that Damelio is associated with the Zampanti gaming organization and at times Damelio is referred to as "Snoopa." Later in the conversation, Roberto instructs Ronald Zampanti to deduct three hundred and eighty four dollars for the telephones which I believe is related to expenses incurred by one of Roberto's gaming offices. Based upon my training and experience it is common among people who operate large scale gaming operations to pay various bills associated with "agents" of their organization, such as apartment rentals, telephone bills, electric bills and various office supplies. Furthermore, at the end of the conversation, Ronald Zampanti stated to Roberto " we are all together." A copy of this transcript will be attached hereto and incorporated herein as **Exhibit 13**.

26

telephone number ( 617 ) 567 - 6497, and others have been incoming telephone calls. According

to the Bell Atlantic Telephone Company, telephone number (617) 567-6497 is subscribed to by

Frank Ciampa of 251 Orient Ave. Boston, Massachusetts.  During these conversations it is

apparent that Zampanti is seeking financial assistance from Frank Ciampa related to gaming

loses incurred by the Zampanti gaming organization.  By way of example, two calls between

Joseph Zampanti Jr. and Frank Ciampa were intercepted in which it appears that Zampanti

requested  financial assistance in the amount of one hundred thousand dollars.


12.     Based on my training and experience, the information set forth herein and in my prior

affidavit dated January 13 and January 28, 2000, it is my opinion that Ronald Zampanti Jr. of 9

Applewood Lane, Saugus, Massachusetts, has been, and will continue to be, intercepted over the

"Ronald Zampanti Telephone" engaged in conversations relating to the provisions of gaming

services in violation of Massachusetts General Law Chapter 271, Section 17.  In addition to the

facts and information set forth elsewhere in this affidavit and in my prior affidavits dated January

13 and 28, 2000, my opinion that Ronald Zampanti utilizes the "Ronald Zampanti Telephone" to

provide services related to unlawful gaming is based on the following examples of intercepted

conversations:

     A.)     For example, on January 31, 2000, at approximately 1:56 P.M., an incoming

telephone call was intercepted over the "Ronald Zampanti Telephone."  During this conversation

Ronald Zampanti and Vincent Roberto engaged in a lengthy discussion related to their mutual

interest in monies owed to their respective gaming business.  Numerous figures relating to

various agents and/or bettors are reviewed during this conversation.  There is also discussion

19

related to commission owed to various agents and the "red" figure related to some of these

agents. Based upon my training and experience, I know the term "red", as it is used by

bookmakers to be synonymous with the term "make up." The term "red" and/or "make up",

refers to an amount of money owed by a bookmaker to the upper level members of a gaming

organization as a result of losses incurred by a particular bookmaker. The bookmaker will not

earn any commission until the "red" or "make up" figure is eliminated. Later in this

conversation, Ronald Zampanti and Roberto discuss a pending case against Roland Zampanti and

Joseph Zampanti Jr. involving gaming violations. This transcript will be attached hereto and

incorporated herein as **Exhibit 4.**

B.)    Another conversation which substantiates my opinion that Ronald and Joseph

Zampanti Jr. supervise all of the gaming activities associated with the Zampanti gaming

organization, and that Vincent Roberto is a fifty percent partner occurred at approximately

11:23 A.M., on February 3, 2000. I note that this telephone call was made by Joseph Zampanti

Jr. from the "Joseph Zampanti Jr. Telephone" after dialing the "Ronald Zampanti Telephone."

During this conversation, Joseph Zampanti Jr. and Ronald Zampanti are upset that the Zampanti

gaming organization lost ten thousand dollars associated with the Nolan gaming office. They

further discussed that Vincent Roberto's side was accountable for five thousand dollars related to

the ten thousand dollars lost. Later in the conversation, they discussed that Craig Nolan was

experiencing difficulty in handling the large volume of wagers generated since Alfred Mainero

was no longer accepting wagers. This transcript will be attached hereto and incorporated herein

as **Exhibit 5.** I note that the above two calls are representative of the majority of gaming related

conversations involving Ronald Zampanti.

20

13.     In my affidavit dated January 13 and 28, 2000, I provided information about Vincent Roberto and his involvement in past investigations related to bookmaking activities. I also provided detailed information regarding Roberto's involvement with the Zampanti gaming organization. I note that one telephone which Roberto has utilized has been identified as telephone being numbered (617) 905-6539 while he is in Florida. Pursuant to Massachusetts General Law Chapter 271, section 17B, an administrative subpoena was issued and served upon the Sprint Spectrum LP Company requesting subscriber and toll information related to the above telephone number. Hereinafter this telephone will be referred to as the "Roberto Telephone". These records revealed that telephone number (617) 905-6539 is a cellular telephone subscribed to by Vinny Roberto of 892 Old Connecticut Path, Framingham, Massachusetts. An analysis of the toll records of this telephone from October 1, 1999 through January 31, 2000 indicate that the "Roberto Telephone" made 43 calls to the "Joseph Zampanti Jr. Telephone" and 148 calls to the "Ronald Zampanti Telephone." In addition, 13 calls were made from the "Roberto Telephone" to telephone number (617) 388-5579 which is Musto's cellular telephone and 43 calls were made from the "Roberto Telephone" to telephone number (781) 647-5344, which is Musto's residential telephone. These records also reveal that 3 telephone calls were made from the "Roberto Telephone" to telephone being numbered (508) 877-9636 which is subscribed to by Fred Simone of 32 Lowther, Framingham, Massachusetts. I note that this is the residence of Fred Simone who I describe later in this affidavit. A further analysis revealed that 19 calls were made to telephone being numbered (617) 561-0932 which is subscribed to by Mary Powers of 418 Border Street, apartment # 705, East Boston, Massachusetts. I have conducted past surveillance in the area of 418 Border Street which has revealed that John Burroughs' vehicle would arrive at the beginning

21

of "prime gaming hours" and depart at the conclusion of "prime gaming hours." I have recently

learned from the Boston Police Department that they are conducting an investigation of John

Burroughs and his involvement in illegal gaming activities. This investigation has utilized court

authorized electronic surveillance. The first phase of their investigation targeted the bookmaking

activities of James E. Calla in South Boston, Massachusetts. An Order and Warrant in which

James E. Calla was a named party, authorizing the interception of wire communications over

telephone number (617) 269 - 3706 was issued by Judge Vieri Volterra, of the Suffolk Superior

Court on January 5, 2000. The applicant for this Order and Warrant was assistant District

Attorney Gary Wm. Schubert of the Suffolk County District Attorney's Office. An Order and

Warrant in which " Leper John " and James E. Calla were named parties, authorizing the

interception of wire communications over telephone number (617) 561 - 0932 was issued by

Judge Vieri Volterra, of the Suffolk Superior Court on January 27, 2000. The applicant for this

Order and Warrant was assistant District Attorney Gary Wm. Schubert of the Suffolk County

District Attorney's Office. Later in this investigation a status letter was provided to Judge

Volterra naming Vincent Roberto, and they anticipate naming John Burroughs in their next

status report. The focus of their investigation involving Burroughs is 418 Border Street,

Apartment # 705, East Boston, Massachusetts. They have informed me that Burroughs is present

at the above location during "prime gaming hours" and that he utilizes the above telephone

number, (617) 561-0932, in furtherance of his illegal gaming activities. As I noted earlier in this

affidavit, conversations over the "Nolan Telephone" have been intercepted in which Craig Nolan

advises some bettors to call 561-0932 to place their wagers. I also note that I have provided

information related to John Burroughs and the Zampanti gaming organization in my earlier

22

affidavits dated January 13. and 28. 2000.

14.     I note that a series of conversations between Roberto and Joseph Zampanti Jr. as well as

Roberto and Ronald Zampanti have been frequently intercepted since January 29. 2000 over the

"Ronald Zampanti Telephone" and the "Joseph Zampanti Jr. Telephone."  An examination of the

OmniPoint toll records for the "Ronald Zampanti Telephone" indicate that these telephone calls

with Roberto are usually made to or from the above described telephone number of (617) 905-

6539. These conversations clearly indicate that Roberto is a fifty percent partner with the

Zampanti gaming organization related to a number of "agents."  I note that these conversations

also indicate that Roberto remains in Florida while conducting his bookmaking activities with

the Zampanti gaming organization.  It has also been learned from these conversations that

Roberto has an associate who assists him in various aspects relating to Roberto's gaming

business.  This associate has been identified as Anthony Musto as a result of surveillance and the

fact that several telephone conversations between  Ronald Zampanti and Anthony Musto have

been intercepted. and at least one telephone call between Anthony Musto and Joseph Zampanti

Jr. has been intercepted.  One of these telephone calls which is outlined below was made to a

telephone number in which Anthony Musto is the subscriber.  During these conversations Joseph

Zampanti Jr. and Ronald Zampanti have referred to Musto as "Tony."  Some of these calls over

the "Ronald Zampanti Telephone" have occurred after Ronald Zampanti dials telephone being

numbered (617) 388-5579.  According to records of the Sprint Spectrum LP Telephone

Company. telephone numbered (617) 388-5579 is a cellular telephone subscribed to by Anthony

Musto of 72A Central Street. Waltham. Massachusetts.  I also note that Joseph Zampanti Jr. has

23

received incoming telephone calls from a male who is referred to as "Tony." I recognize this voice to be the same voice of the person by the name of "Tony" that Ronald Zampanti talks with which I outlined above. During these conversations, Ronald Zampanti and Joseph Zampanti Jr. made arrangements with Musto to meet him for the purpose of exchanging monies and gaming paraphernalia as a result of their gaming activities with Roberto.

15.      Earlier in this affidavit I provided details of an investigation of James E. Calla, conducted by the Boston Police Department and the Suffolk County District Attorney's Office. These officers have conducted surveillance of Calla meeting with a white male who operates a green Dodge Stratus bearing Massachusetts Registration 5778ME. These officers later identified this white male to be Anthony Musto of 72A Central Street, Waltham, Massachusetts. In my earlier affidavit dated January 13, 2000, I provided information of a surveillance between Ronald Zampanti and a white male believed by Lieutenant Tutungian to be Roberto Roffo who was operating the above listed vehicle which is registered to Vincent Roberto of 892 Old Connecticut Path, Framingham, Massachusetts. A photograph of Anthony Musto was obtained from records of the Registry of Motor Vehicles. Lieutenant Tutungian has reviewed this photograph and has informed this affiant that the person he believed to be Roffo was actually Anthony Musto.

16.      Based upon the above information, and the information set forth herein, it is my opinion that Anthony Musto has been and will continue to be intercepted over the "Ronald Zampanti Telephone" and the "Joseph Zampanti Jr. Telephone", engaged in conversations related to the provisions of gaming services in violation of Massachusetts General Law Chapter 271, section 17.

24

17. In addition, the information set forth herein, in my opinion, established probable cause to believe that Anthony Musto utilizes telephone numbered (617) 388-5579 in furtherance of providing gaming services in violation of Massachusetts General Law Chapter 271, section 17. Further examples of some of these conversations are set forth below:

A.)    On January 28, 2000, at approximately 6:07 P.M. an intercepted conversation between Ronald Zampanti and a person identified as "Tony" over the "Ronald Zampanti Telephone", indicated that they would meet in the area of Santarpio's Restaurant, East Boston, Massachusetts. I note that Trooper Orlando conducted a surveillance between Ronald Zampanti and Anthony Musto on Friday, January 28, 2000 at approximately 7:35 P.M. at Santarpio's Restaurant. Trooper Orlando reported that Musto arrived in the above listed vehicle which is registered to Vincent Roberto.

B.)    On February 1, 2000, at approximately 7:29 P.M. an outgoing call was made from the "Joseph Zampanti Jr. Telephone" to telephone being numbered (617) 905-6539 which is cellular telephone utilized by Vincent Roberto. According to records of the Sprint Spectrum LP Telephone Company this telephone is subscribed to by Vinny Roberto of 892 Old Connecticut Path, Framingham, Massachusetts. During this conversation, Joseph Zampanti Jr. explains to Roberto that he hasn't been contacted by "Tony." Roberto responded that "Tony" had made several attempts to contact him. Later in the conversation, Joseph Zampanti Jr. confirmed with Roberto that "Tony's" telephone number was "388-5579." Joseph Zampanti Jr. also stated to Roberto that he needed "sheets", and Roberto stated that he would contact "Tony" to call him. It is my opinion that the person identified as "Tony" is Anthony Musto. Based upon my training and experience I am familiar with the term "sheets" as it is used by bookmakers. It is my opinion

25

that this term relates to sports schedules which depict the dates and times of particular sporting events. A copy of this transcript will be attached hereto and incorporated herein as **Exhibit 6**.

C.) Following the above telephone call, at approximately 7:34 P.M. on February 1, 2000, an incoming call was received over the "Joseph Zampanti Jr. Telephone" from a male whose voice I recognized to be Anthony Musto. During this conversation, Zampanti and Musto agreed to meet the following day. A review of the Bell Atlantic Mobile Records for the "Joseph Zampanti Jr. Telephone" revealed that the above incoming telephone call between Zampanti and Musto was made from telephone being numbered (781) 647-5344. According to the Bell Atlantic Telephone Company telephone being numbered ( 781) 647 - 5344 is subscribed to by Anthony Musto of 72 Central Street, Waltham, Massachusetts. I also note that surveillance has indicated that Musto resides at the above address. Based upon the above two telephone calls, it is my opinion that Roberto immediately contacted Musto proceeding his conversation with Zampanti which precipitated Musto to call Zampanti from his home telephone. A copy of this transcript will be attached hereto and incorporated herein as **Exhibit 7**.

D.) On January 31, 2000 at approximately 1:56 P.M. an incoming telephone call was received over the "Ronald Zampanti Telephone" from telephone being numbered (617) 905-6539 which is the cellular telephone utilized by Roberto. During this conversation Ronald Zampanti and Roberto discuss a figure of $17,973.00 which is owed to Roberto. A copy of this transcript is already attached herein as **Exhibit 4**.

E.) On January 31, 2000 at approximately 6:18 P.M. Ronald Zampanti made an outgoing telephone call to telephone being numbered 388-5579 which is the cellular telephone utilized by Musto which I described above. This telephone was answered by Anthony Musto.

26

During this conversation Ronald Zampanti and Musto discussed a figure of $17,974 owed to Musto. I note that this figure is a one dollar difference of the figure discussed in the above conversation between Ronald Zampanti and Roberto. Ronald Zampanti further explained to Musto that he had twenty dimes on his person and that he didn't want to divide it. He further explained to Musto that he would pay him $18,000 and that Musto would return twenty six dollars back to Zampanti. Later in the conversation, there was a discussion where they agreed to meet at 7:45 P.M. The above two conversations clearly illustrates and substantiates my earlier opinion that Musto is an associate of Roberto who assists in the facilitation of Roberto's gaming business as it pertains to the Zampanti gaming organization while Roberto is in Florida. A copy of this transcript will be attached hereto and incorporated herein as **Exhibit 8**.

      F.)      On February 7, 2000, at approximately 7:12 P.M. an intercepted conversation between Ronald Zampanti and Vincent Roberto over the "Ronald Zampanti Telephone", involved a discussion relating to approximately forty five thousand dollars owed to Roberto from the Zampanti gaming organization. Roberto and Zampanti further discussed arrangements for "Tony" (Anthony Musto) to meet Zampanti in order for "Tony" to collect the money on behalf of Roberto. I further note during this conversation, that Roberto can be overheard talking on another telephone with a person who I believe is Anthony Musto. It is my opinion that Roberto informs Musto to meet Zampanti at the Squire Lounge that is located in Revere, Massachusetts, at 10:00 P.M. This opinion is based upon the fact that Roberto immediately confirms with Zampanti that "Tony" will meet him after his discussion with the person he is overheard speaking with in the background. A copy of this transcript will be attached hereto and incorporated herein as **Exhibit 9**. I note that Trooper Orlando conducted a surveillance in the

27

parking lot of the Squire Lounge between Ronald Zampanti and Anthony Musto on Monday,

February 7, 2000, at approximately 10:00 P.M. Trooper Orlando observed Ronald Zampanti

enter the same green vehicle operated by Musto in the past, which I have referred to earlier in

this affidavit as a vehicle which is registered to Vincent Roberto. Trooper Orlando further

observed that Anthony Musto was the operator of this vehicle. Zampanti and Musto remained in

the vehicle for approximately one minute.

       G.)    On February 10, 2000, at approximately 11:48 A.M., a call was received over the

" Ronald Zampanti Telephone ". During this conversation Ronald Zampanti and Vincent

Roberto discussed monies related to their illegal gaming business. They also discussed an article

in the Boston Herald related to organize crime. At one point in the conversation Roberto

remarks that he had a conversation with his friend " Freddy " regarding this article. It is my

opinion that the above reference to " Freddy " was Fred Simone.


18.    I note that the above six telephone calls are similar in nature to other telephone calls

involving Musto and/or regarding Mustos' relationship to Roberto's gaming business and the

Zampanti gaming organization.


19.    Pursuant to Massachusetts General Law Chapter 271, section 17B, an administrative

subpoena was issued and served upon the Sprint Spectrum LP Telephone Company requesting

the toll records of Musto's cellular telephone being numbered (617) 388-5579 ("Musto

Telephone") which is subscribed to by Anthony Musto. I have reviewed these toll records for the

billing period September 1, through October 1, 2000, and November 1, through February 9,

2000. These records revealed that Musto called Roberto at his residential telephones being numbered (508 ) 788-0287 and (508) 788-0285, a total of 64 times. I also note that there were 29 calls placed to the " Roberto Telephone ". In addition, I note that there were a total of 187 calls made to two telephone numbers in which the exchanges are identified as being located in Pompano Beach, Florida. I am currently awaiting the arrival of subscriber information related to these telephones. It is my opinion that one or both of these telephones might be utilized by Vincent Roberto. I also note that one telephone call was placed to telephone (508) 877 - 9636 on November 13, 1999 at 11:35 A.M. Just prior to the above telephone call the " Musto Telephone" called telephone (617) 782 - 6900 at 11:31 A.M. which is a telephone number subscribed to by " On The Square ", 580 Washington Street, Brighton, Massachusetts. I know that " On The Square " is a real estate office which Roberto frequents regularly. Based upon the fact that the above calls are four minutes apart, it is my belief that Musto talked to Roberto and subsequently talked to Simone. It is also my belief that these calls confirm my opinion later in this affidavit that Simone is affiliated with Roberto's gaming business.


## INTELLIGENCE INFORMATION AND CRIMINAL BACKGROUND OF
## FREDERICK H. SIMONE, D.O.B. 4/19/50:


20.    In my tenure in the Special Service Section, I have received intelligence and informant information on a number of occasions that the Boston area "Boss" of Roberto's gaming organization may be Frederick Simone. This opinion is further substantiated by the fact that Roberto utilizes his cellular telephone to call Simone's residence, which I outlined earlier in

29

THIS INFORMATION IS CORI. IT IS NOT SUPPORTED BY FINGERPRINTS. \*
PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH\*
OF THE PERSON REQUESTED. \*
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
         **********   COMMONWEALTH OF MASSACHUSETTS   **********
                      CRIMINAL HISTORY SYSTEMS BOARD

                      *** PERSONS COURT SUMMARY ***

AM: ROBERTO, VINCENT          FORMAL-NAM: VINCENT        PCF: 00000836735
              SEX: M  RAC:    POB: BRIGHTON
ON ROSE               POP:JAMES      HGT:    WGT:    HAI:    EYE:
```



\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* ADULT APPEARANCES \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

```
RAIGNMENT: (001)
ARG-DATE: 04/28/92 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     92632001
OFF:  CRIME OF (SPECIFY IN FULL)   ORGANIZE&PROMOT BET CRIME OF
DISP: 5/5/92  2 YR SPS 90 D CMTD BAL SS 8/5/92         STATUS: C  WPD:
      11/17/94 TERM

RAIGNMENT: (002)
ARG-DATE: 04/28/92 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     92632002
OFF:  CONSPIRACY                   ORGANIZE&PROMOT BET CONSP
DISP: 4/28/92 FILE                                     STATUS: C  WPD:

RAIGNMENT: (003)
RG-DATE: 04/28/92 PD:.    COURT: MIDDLESEX SUPERIOR    DKT#:     92632003
OFF:  TELEPHONE CALLS              REGISTER BETS       TEL CLS
DISP: 4/28/92 FILE                                     STATUS: C  WPD:

RAIGNMENT: (004)
RG-DATE: 04/28/92 PD:     COURT: MIDDLESEX SUPERIOR    DKT#:     92632004
FF:  CONSPIRACY                    USE TEL BETTING     CONSP
ISP: 4/28/92 FILE                                      STATUS: C  WPD:

AIGNMENT: (005)
RG-DATE: 04/28/92 PD:     COURT: MIDDLESEX SUPERIOR    DKT#:     92632005
FF:  CONSPIRACY                    KEEP BLDG FOR BET   CONSP
ISP: 4/28/92 FILE                                      STATUS: C  WPD:
```

RRAIGNMENT: (006)
    ARG-DATE: 04/28/92 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:    92632006
    OFF: CRIME OF (SPECIFY IN FULL)    CRIMINAL USURY    CRIME OF
    DISP: 4/28/92 FILE    STATUS: C    WPD:

RRAIGNMENT: (007)
    ARG-DATE: 04/28/92 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:    92632007
    OFF: CONSPIRACY    COMMIT CRIM USURY    CONSP
    DISP: 5/5/92 2 YR SFS 90 D CMTD BAL SS 8/5/94    STATUS: C    WPD:
        11/17/94 TERM

RRAIGNMENT: (008)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386A
    OFF: ILLEGAL LOTTERY    SET UP & PROMOT    LOTT
    DISP: C 4/21/92 NP    STATUS: C    WPD:

RRAIGNMENT: (009)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386B
    OFF: CONSPIRACY    SET UP & PROMOT    CONSP
    DISP: C 4/21/92 NP    STATUS: C    WPD:

RRAIGNMENT: (010)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386C
    OFF: TELEPHONE CALLS    GAM    TEL CLS
    DISP: C 4/21/92 NP    STATUS: C    WPD:

RRAIGNMENT: (011)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386D
    OFF: CONSPIRACY    TEL CLS GAM    CONSP
    DISP: C 4/21/92 NP    STATUS: C    WPD:

RRAIGNMENT: (012)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386E
    OFF: KEEP GAMING HOUSE    KEEP GAM HO
    DISP: C 4/21/92 NP    STATUS: C    WPD:

RRAIGNMENT: (013)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386F
    OFF: CRIME OF (SPECIFY IN FULL)    USURY    CRIME OF
    DISP: C 4/21/92 NP    STATUS: C    WPD:

RAIGNMENT: (014)
    ARG-DATE: 03/26/92 PD:    COURT: NEWTON DISTRICT    DKT#:    9212CR386G
    OFF: CONSPIRACY    COMT CRIM USURY    CONSP
    DISP: C 4/21/92 NP    STATUS: C    WPD:

OFF: ILLEGAL LOTTERY

OFF: _____ R.D.O. (/20/04 STATE FIRE PD. STATUS: C WPD:

ARRAIGNMENT: (015)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912219
 OFF: CRIME OF (SPECIFY IN FULL)    CRIMINAL USURY    CRIME OF
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (016)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912220
 OFF: CONSPIRACY           COMMIT CRIM USURY    CONSP
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (017)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912221
 OFF: CONSPIRACY           ORGANIZE/PROMOTE GAM CONSP
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (018)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912222
 OFF: CRIME OF (SPECIFY IN FULL)    ORGANIZE/PROMOTE GAM CRIME OF
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (019)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912223
 OFF: TELEPHONE CALLS      GAMING               TEL CLS
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (020)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912224
 OFF: CONSPIRACY           TEL GAMING           CONSP
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (021)
 ARG-DATE: 08/05/91 PD:    COURT: MIDDLESEX SUPERIOR    DKT#:     912225
 OFF: CONSPIRACY           REGISTER BETS        CONSP
 DISP: 2/18/92 NP                                      STATUS: C    WPD:

ARRAIGNMENT: (022)
 ARG-DATE: 03/01/91 PD:    COURT: NEWTON DISTRICT       DKT#:    9112CR227A
 OFF: GAMING                                    GAM
 DISP: C 6/7/91 NOL PROS                               STATUS: C    WPD:

ARRAIGNMENT: (023)
 ARG-DATE: 12/05/88 PD:    COURT: BRIGHTON DISTRICT     DKT#:    8808CR3503A
 OFF: GAMING                                    GAM
 DISP: CWOF 3/10/89 CC DISM                            STATUS: C    WPD:

ARRAIGNMENT: (024)
  ARG-DATE: 11/04/87 PD:   COURT: BOSTON MUNICIPAL JURY OFDKT#:        875605
  OFF:  A&B DANGEROUS WEAPON                      A&B DW
  DISP: C 2/5/88 DISM (B 87CR1606A)              STATUS: C   WPD:


ARRAIGNMENT: (025)
  ARG-DATE: 07/20/87 PD:   COURT: BRIGHTON DISTRICT      DKT#:    87CR1606A
  OFF:  A&B DANGEROUS WEAPON                      A&B DW
  DISP: C 10/21/87 FJ                            STATUS: C   WPD:


ARRAIGNMENT: (026)
  ARG-DATE: 09/18/86 PD:   COURT: HAMPDEN SUPERIOR      DKT#:      863719
  OFF:  CONSPIRACY                   USE PHONE     CONSP
  DISP: C 9/11/87 FILE                           STATUS: C   WPD:


ARRAIGNMENT: (027)
  ARG-DATE: 09/18/86 PD:   COURT: HAMPDEN SUPERIOR      DKT#:      863720
  OFF:  CONSPIRACY                   REG BETS      CONSP
  DISP: C 9/1/87 PROB 1/11/89 $3,000 FINE CC VWF PD TERM  STATUS: C   WPD:


ARRAIGNMENT: (028)
  ARG-DATE: 02/26/02 PD:   COURT: FRAMINGHAM JURY OF SIX DKT#:    JR810803A
  OFF:  ILLEGAL LOTTERY              SET/PROMOT LOTT LOTT
  DISP: $3750 FINE SS 3/15/81 DF 7/1/82 D/R PD   STATUS: C   WPD:


ARRAIGNMENT: (029)
  ARG-DATE: 02/26/02 PD:   COURT: FRAMINGHAM JURY OF SIX DKT#:    JR810803B
  OFF:  GAMING                       PRES BET APPARAT GAM
  DISP: 1YR SS 2/23/84 CC PD TERM (051)           STATUS: C   WPD:


ARRAIGNMENT: (030)
  ARG-DATE: 11/10/81 PD:   COURT: LOWELL DISTRICT        DKT#:      11203
  OFF:  GAMING                       BE PRES GAM IMP FND GAM
  DISP: $50 FINE PD                              STATUS: C   WPD:


ARRAIGNMENT: (031)
  ARG-DATE: 09/02/81 PD:   COURT: WALTHAM DISTRICT       DKT#:      2177
  OFF:  ILLEGAL LOTTERY              SET UP PROMOTE LOTT
  DISP: C 9/22/81 FJ                             STATUS: C   WPD:


ARRAIGNMENT: (032)
  ARG-DATE: 09/02/81 PD:   COURT: WALTHAM DISTRICT       DKT#:      2178
  OFF:  GAMING IMPLEMENTS                        GAM IMPL
  DISP: C 9/22/81 FJ                             STATUS: C   WPD:

ARRAIGNMENT: (033)
ARG-DATE: 03/24/78 PD:     COURT: NEWTON DISTRICT     DKT#:     1073480ZZ
OFF: GAMING                          REG BETS          GAM
DISP: DF 9/23/78 D/R C 6/20/78 $1875 FINE PD           STATUS: C   WPD:

ARRAIGNMENT: (034)
ARG-DATE: 03/24/78 PD:     COURT: NEWTON DISTRICT     DKT#:     1073484ZZ
OFF: ILLEGAL LOTTERY                                   LOTT
DISP: DF 9/23/78 D/R C 6/20/78 $1875 FINE PD           STATUS: C   WPD:

ARRAIGNMENT: (035)
ARG-DATE: 09/22/76 PD:     COURT: CONCORD DISTRICT    DKT#:     1073479ZZ
OFF: A&B DANGEROUS WEAPON                              A&B DW
DISP: C 11/1/76 DISM                                   STATUS: C   WPD:

ARRAIGNMENT: (036)
ARG-DATE: 04/24/73 PD:     COURT: WALTHAM DISTRICT    DKT#:     1073478ZZ
OFF: OPERATING AFTER                                   114B
DISP: C 5/16/73 NG                                     STATUS: C   WPD:

ARRAIGNMENT: (037)
ARG-DATE: 02/10/72 PD:     COURT: BRIGHTON DISTRICT   DKT#:     1073475ZZ
OFF: ILLEGAL LOTTERY                                   LOTT
DISP: DF 3/15/72 D/R $500 FINE PD                      STATUS: C   WPD:

ARRAIGNMENT: (038)
ARG-DATE: 02/10/72 PD:     COURT: BRIGHTON DISTRICT   DKT#:     1073476ZZ
OFF: GAMING IMPLEMENTS          BE FND W/ REG BOOKS GAM IMPL
DISP: 6MO SS 2/22/74 TERM                              STATUS: C   WPD:

ARRAIGNMENT: (039)
ARG-DATE: 02/10/72 PD:     COURT: BRIGHTON DISTRICT   DKT#:     1073477ZZ
OFF: GAMING IMPLEMENTS          TELEPHNE REG BETS   GAM IMPL
DISP: C 2/22/72 FILE                                   STATUS: C   WPD:

ARRAIGNMENT: (040)
ARG-DATE: 07/24/67 PD:     COURT: BRIGHTON DISTRICT   DKT#:     1073462ZZ
OFF: GAMING IMPLEMENTS          TELEPHONE           GAM IMPL
DISP: C 8/2/67 $200 FINE PD                            STATUS: C   WPD:

ARRAIGNMENT: (041)
ARG-DATE: 07/24/67 PD:     COURT: BRIGHTON DISTRICT   DKT#:     1073463ZZ
OFF: GAMING IMPLEMENTS          POSS APPAR 3CNTS    GAM IMPL
DISP: C 8/1/67 FILE                                    STATUS: C   WPD:

ARRAIGNMENT: (042)

ARRAIGNMENT: (042)
 ARG-DATE: 07/24/67 PD:      COURT: BRIGHTON DISTRICT      DKTN:     1073464ZZ
 OFF: GAMING IMPLEMENTS                POSS APPAR 3CNTS    GAM IMPL
 DISP: C 8/2/67 $200 FINE PD                               STATUS: C  WPD:


**** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****