UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS WHITE | Criminal No. 03-CR-10356-MLW |

## MOTION TO MODIFY TERMS OF
## PRETRIAL RELEASE

Defendant Francis White respectfully requests that this Court modify the terms of his pre-trial release. In support, Mr. White states as follows:

1. Under the current terms of his release, Mr. White is permitted to travel within the Commonwealth of Massachusetts, New Hampshire and Maine, without the prior approval of this Court.

2. Mr. White wishes to travel to Sands Point, Long Island, New York, leaving Friday, November 12, 2004 and returning on Sunday, November 14, 2004, to attend a surprise 60th birthday party for a life-long friend.

3. Since released on bail, Mr. White has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

4. As this Court may recall, it previously found that Mr. White is **not** a flight risk. Since that time, there has not been any change in circumstances that would warrant a different conclusion.

5. **Pretrial Services Officer Thomas O'Brien has no opposition to this motion, so long as Mr. White provides him with his travel itinerary and contact telephone number.**

6. **United States Attorney Ernest DiNisco has no opposition to this motion.**

WHEREFORE, Mr. White respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to New York on November 12-14, 2004.

RESPECTFULLY SUBMITTED,
FRANCIS WHITE

By his attorneys,

  /s/ Richard M. Egbert
Richard M. Egbert, BBO 151800
Patricia A. DeJuneas, BBO 652997
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8222

**CERTIFICATE OF SERVICE**

I, Patricia A. DeJuneas, hereby certify that I have caused a copy of the foregoing document to be served on Assistant United States Attorney Ernest DiNisco by first class mail, this 9th day of November, 2004.

   /s/ Richard M. Egbert
Richard M. Egbert