UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

| United States | Francis White |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |

| Heidi Brieger | Ricahrd Egbert |
|---|---|
| Ernest DiNisco | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE   Wolf            CLERK   O'Leary                REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 12/3/04 | Defendant takes the stand and is sworn |
| | Plea colloquy given. |
| | Court marks plea agreement as Exhibit 1 of today's date |
| | Government summarizes the evidence it would have presented had the case gone to trial |
| | Defendant pleads guilty to counts 1, 2, 10, 29, 30 , 31 and 32 of the indictment. |
| | Court takes the defendant's plea under advisement until the sentencing hearing |
| | Defendant release is continued on the same conditions |
| | Sentencing set for March 3, 2004 at 3:00 PM |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |