UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )   Crim. No. 03-CR-10356-MLW<br>)<br>FRANCIS WHITE,              )<br>)<br>    Defendant.              )| |

### GOVERNMENT'S MOTION FOR BRIEF ENLARGEMENT OF TIME WITHIN WHICH TO FILE STATEMENT OF FACTS

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorneys Ernest S. DiNisco and Heidi E. Brieger, hereby files this Motion For Brief Enlargement Of Time Within Which To File Statement Of Facts to the United States Probation Office from December 10, 2004, to December 14, 2004.  As grounds for this Motion, the government states that a brief additional period of time is necessary to finalize the statement of facts for submission to the U.S. Probation Office.

Wherefore, the government respectfully requests the Court grant this brief extension of time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _____
ERNEST S. DINISCO
HEIDI E. BRIEGER
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the

United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 10th day of December, 2004.

ERNEST S. DiNISCO
HEIDI E. BRIEGER
Assistant U.S. Attorneys