UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 03-10356-MLW |
| | ) |
| FRANCIS WHITE | ) |

**GOVERNMENT'S RESPONSE TO MOTION TO MODIFY TERMS OF PRETRIAL RELEASE**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorneys Ernest S. DiNisco and Heidi E. Brieger, hereby files the following response to Defendant White's Motion to Modify Terms of Pretrial Release. After consultation with Pretrial Services Officer Thomas O'Brien, the government states that it has no opposition to the above-entitled motion, provided that the defendant files itineraries with Pretrial Services and complies with those itineraries.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ERNEST S. DINISCO
HEIDI E. BRIEGER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

January 7, 2005

_____
ERNEST S. DINISCO
HEIDI E. BRIEGER
ASSISTANT U.S. ATTORNEYS