UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

| United States | Francis White |
|---|---|
| PLAINTIFF | DEFENDANT |
| Ernest DiNisco | Richard Egbert |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 3/2/05 | Defendant objects to the March 2, 2005 addendum to PSR prepared by the probation office.  Court goes over the parties objections to the pre-sentence report and makes the necessary rulings to the same.  Court calculates the sentencing guidelines as follows: TOL 17, CH I, 24-20 months custody, 24-36 months supervised release, $5K-$50K fine and $700 special assessment fee.  Government recommends a sentence of 25 months in custody on each count to be served concurrently, 36 months supervised release, fine to be determined by the court and $700 special assessment fee.  Defendant recommends a sentence of 24 months of custody and supervised release, $5K fine and $700 special assessment fee.  Defendant addresses the court.  Formal sentencing: Court formally accepts the defendants tendered change of plea.  30 months custody, 36 months supervised release on the standard conditions plus not possess a firearm or other dangerous weapon, pay the balance of the $30K fine according to a court ordered repayment schedule, not incur new credit charges or lines of credit without approval of probation, provide probation access to all financial information as requested which may be shared with the financial litigation unit of the USAO, cooperate in the collection of a DNA sample.  In addition to the $30K fine the court imposes the mandatory $700 special assessment fee.  Defendant advised of his right to appeal the judgment and to counsel while on appeal.  Defendant requests a self report date.  Government does not object.  Court orders the defendant to self report at a facility designated by the BOP by 12:00PM on April 25, |