UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 03-CR-10356-MLW |
| FRANCIS WHITE (3), <br> A/K/A THE WHITE-HAIRED GUY <br> Defendant. | ) |

**DISMISSAL OF DEFENDANT FRANCIS WHITE FROM COUNTS TEN, TWENTY-SEVEN, TWENTY-EIGHT, AND THIRTY-THREE THROUGH THIRTY-EIGHT OF THE INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant FRANCIS WHITE from Counts Ten, Twenty-Seven, Twenty-Eight and Thirty-Three through Thirty-Eight of the Indictment which charge him with conspiracy, extortionate extensions of credit and collection of extortionate extensions of credit in violation of 18 U.S.C. §§ 371, 892 and 894. In support of this dismissal, the government states that, pursuant to a plea agreement, defendant FRANCIS WHITE has pleaded guilty and been sentenced on Racketeering Acts 10, 23A and B, 24A and B and 25A and B of Counts One and Two and substantive Counts Twelve and Twenty-Nine through Thirty-Two of the Indictment, and the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
HEIDI E. BRIEGER
ERNEST S. DINISCO
Assistant U.S. Attorneys

Leave to File Granted:

_____  March 8, 2005
MARK L. WOLF
United States District Court Judge