UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:03 CR 10356 003-MLW |
| FRANCIS WHITE ) | |
| ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| MASSACHUSETTS STATE POLICE ) | |
| ) | |
| Garnishee. ) | |

**APPLICATION FOR WRIT OF GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(b)(1), the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon monies, which Lt. Stephen Johnson, Massachusetts State Police, located at Department of Public Safety, 470 Worcester Road, Framingham, MA is believed to disburse to the Defendant, Francis White (hereinafter "White") to satisfy a $30,700.00 judgment entered against White.

In support, the United States says:

1. On March 2, 2005, a $30,700.00 judgment was entered against White, social security number 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, last known address of 32 Frankfurt Street, Apt. # 1, East Boston, MA 02128 in the United States District Court for the District of Massachusetts.

2. White is indebted to the United States for the judgment amount of $30,700.00; plus accrued interest at the rate of 3.13 percent per annum. The total balance as of April 12,

2005 is $30,700.00.

3. The United States made demand for payment of the aforementioned debt upon White not less than 30 days prior to the date of this Application, and White has failed to satisfy the debt.

4. The United States believes the Garnishee, Lt. Stephen Johnson, Massachusetts State Police, in holding $8,187.00 on behalf of White.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon monies, which Lt. Stephen Johnson, MA State Police is believed to disburse to White, to satisfy the $30,700.00 judgment entered against White on March 2, 2005.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3303

Dated:  April 20, 2005