UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:03 CR 10356 003-MLW |
| FRANCIS WHITE | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| MASSACHUSETTS STATE POLICE | ) | |
| Garnishee. | ) | |

**WRIT OF GARNISHMENT**

GREETINGS TO:   Lt. Stephen Johnson
Massachusetts State Police
Department of Public Safety
470 Worcester Road
Framingham, MA  01702

The United States of America believes that you are holding monies which were seized at the time of defendant's arrest , Francis White, (hereinafter "White") and that he has a substantial nonexempt interest in such monies.

On March 2, 2005, judgment was entered against White in the United States District Court for the District of Massachusetts.

White, whose last known address is 32 Frankfurt Street, Apt # 1, East Boston, MA 02128, is indebted to the United States for the judgment amount of $30,700.00, plus accrued interest at the rate of 3.13 percent per annum.  The total balance as of April 12, 2005 is $30,700.00.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by White,

including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt. You must also state the amount of debt, if any, you anticipate owing to White in the future and the type of payment schedule.

You must withhold and retain any property that White has a substantial nonexempt interest and for which you are or may become indebted to White pending further order of the Court. Property that is exempt from this Writ is listed on the attached Claim for Exemption form.

You must file, within ten (10) days of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both Francis White, 32 Frankfurt Street, East Boston, MA 02128 and Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of White's nonexempt property. It is illegal to pay or deliver to White any item attached by this Writ.

                              Sarah A. Thornton
                              Clerk, United States District Court

                By: _____
                     Deputy Clerk

Dated: