UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         Plaintiff,    ) | |
|      ) | |
|     v.    ) | |
|      ) | 1:03 CR 10356 003-MLW |
| FRANCIS WHITE    ) | |
|         Defendant,    ) | |
|      ) | |
|     *and*    ) | |
|      ) | |
| MASSACHUSETTS STATE POLICE    ) | |
|         Garnishee.    ) | |

**NOTICE OF GARNISHMENT AND INSTRUCTIONS**

TO:    Francis White
        32 Frankfurt Street, Apt # 1
        East Boston, MA 02128

You are hereby notified that the United States of America is taken monies, which is in the custody, possession, or control of Lt. Stephen Johnson, Massachusetts State Police, to apply to a $30,700.00 judgment entered against you on March 2, 2005 in the United States District Court for the District of Massachusetts.

Also, unless you file a written objection to the Garnishee's Answer and request a hearing within 20 days after you receive the Answer of the Garnishee, the Court will enter an Order attaching your monies to apply against the judgment owed the United States.

If you object to the Garnishee's Answer, your objection must state the reasons why your monies are not subject to attachment by the United States. You must file your objection with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. The Court will schedule a hearing within 10 days after the date the objection is received by the Court, or as soon thereafter as practicable. The Court will give notice of the hearing date to all

the parties.

  A copy of your objection or other pleadings must also be served on: (1) Christopher R. Donato, Assistant U.S. Attorney, U.S. Attorney's Office, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210; and (2)  Lt. Stephen Johnson, Massachusetts State Police, Department of Public Safety, 470 Worcester Road, Framingham, MA 01702.

  YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

UNITED STATES OF AMERICA<br>
By its attorneys<br>
<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By: /s/ Christopher R. Donato
   CHRISTOPHER R. DONATO
   Assistant U.S. Attorney
   1 Courthouse Way, Suite 9200
   Boston, MA  02210
   (617) 748-3303

Dated: April 20, 2005