

# MASSACHUSETTS GENERAL HOSPITAL

**Sanja Percac-Lima, MD**
Chelsea HealthCare Center
151 Everett Avenue
Chelsea, MA 02150-1807

phone: (617) 889-8580

May 25, 2006

RE: Gilda White

To Whom It May Concern:

Ms. Gilda White is my patient since 2003. On May 03, 2006 she had a severe cerebrovascular accident. Since then she is unable to move the left site of her body, she can not eat and her mental status has changed. She is now at the Don Orione nursing home in East Boston, MA. Unfortunately her condition is not improving. Cosidering her severe heart disease, GI and renal problems and high risk for future stroke we had recomended hospice care to the family.

If you have any questions, please call my office at (617) 889-8580.

Sincerely,

Sanja Percac-Lima, MD