EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                        )
         v.           )    Criminal No. 03-10356-MLW
                        )
FRANCIS WHITE               )
                        )

## DECLARATION OF MICHAEL D. TAFELSKI

1.   I, Michael D. Tafelski, do hereby declare that I am the Deputy Regional Counsel, Northeast Regional Office, Federal Bureau of Prisons (BOP), Philadelphia, Pennsylvania.  I have been in this position since May 1997.

2. Defendant, Francis White, Reg. No. 25007-038, is currently housed in the minimum security camp facility at the United States Penitentiary, Lewisburg, Pennsylvania.  I have reviewed the "Emergency Motion for Furlough" submitted on behalf of the Defendant in the above-captioned matter.

3.   The BOP has established an administrative remedy procedure through which inmates can seek formal review of any complaint regarding any aspect of his imprisonment.  In order to exhaust appeals under the Administrative Remedy Procedures for Inmates, except for limited exceptions not applicable in this matter,  an inmate must first raise his complaint to

the Warden of the institution where he is confined. An appeal of this decision may be made in turn to the Regional Director and to the Central Office of the Federal Bureau of Prisons. 28 C.F.R. § 542.10, et. seq. No administrative remedy appeal is considered to have been finally exhausted until considered by the Bureau of Prisons Central Office.

4.    In the ordinary course of business, computerized indexes of all administrative appeals filed by inmates are maintained so that rapid verification may be made as to whether an inmate has exhausted administrative appeals on a particular issue. Records reveal that Defendant White has not filed any administrative remedies. (See Exhibit 1).

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of June, 2006

Michael D. Tafelski
Deputy Regional Counsel
Federal Bureau of Prisons
Northeast Regional Office
Philadelphia, Pennsylvania

Page 2

EXHIBIT 1

```
NERFW              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-06-2006
PAGE 001 OF 001                                                          11:59:53
         FUNCTION: LST SCOPE: REG   EQ 25007-038    OUTPUT FORMAT: SINGLE_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____   _____   _____   _____   _____   _____
TRACK:  DEPT: _____   _____   _____   _____   _____   _____
       PERSON: _____   _____   _____   _____   _____   _____
         TYPE: _____   _____   _____   _____   _____   _____
EVNT FACL: EQ _____   _____   _____   _____   _____   _____
RCV FACL.: EQ _____   _____   _____   _____   _____   _____
RCV UN/LC: EQ _____   _____   _____   _____   _____   _____
RCV QTR..: EQ _____   _____   _____   _____   _____   _____
ORIG FACL: EQ _____   _____   _____   _____   _____   _____
ORG UN/LC: EQ _____   _____   _____   _____   _____   _____
ORIG QTR.: EQ _____   _____   _____   _____   _____   _____

G5152          NO REMEDY DATA EXISTS FOR THIS INMATE
```