UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS WHITE, et al. | Criminal No. 03-CR-10356-MLW |

MOTION TO DISCHARGE MORTGAGE

Now comes the Defendant, Francis White Max Elentukh, in the above-captioned matter and respectfully requests this Honorable Court order the clerk for the United States of America for the District of Massachusetts to release bail and discharge the mortgage currently encumbering the property of Anthony White. Anthony White granted the Clerk his mortgage on his property located at 32 Frankfort Street, East Boston, Massachusetts for consideration paid and to secure a personal bond of even date for Francis White. Defendant has completed his term of incarceration and therefore, requests that said mortgage be discharged.

RESPECTFULLY SUBMITTED,
FRANCIS WHITE

By his attorneys,

/s/ Patricia A. DeJuneas
Richard M. Egbert, BBO 151800
Patricia A. DeJuneas, BBO 652997
Law Office of Richard M. Egbert
99 Summer Street, Suite 1800

Boston, MA 02110
(617) 737-8222

## CERTIFICATE OF SERVICE

I, Patricia A. DeJuneas, hereby certify that I have caused a copy of the foregoing document to be electronically filed and therefore served upon all counsel of record on this 17th day of September, 2007.

/s/ Patricia A. DeJuneas
Patricia A. DeJuneas