# Richard M. Egbert
### Attorney at Law

Patricia A. DeJuneas
Admitted to practice in
Connecticut & Massachusetts

99 Summer Street
Suite 1800
Boston, Massachusetts 02110
Telephone (617) 737-8222
Telecopier (617) 737-8223

November 8, 2007

Dennis O'Leary
Clerk to Chief Judge Mark L. Wolf
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

   Re: <u>United States v. Francis White</u>
      Criminal No. 03-CR-10356-MLW

Dear Mr. O'Leary:

  On September 21, 2007, Judge Wolf granted our motion to discharge Mr. White's mortgage. The mortgage papers were returned on September 27, 2007. Mr. White's bank requires an official discharge from the Court.

  I have left you several voice-messages over the past two weeks, with regards to this matter. As of this writing I have not heard back from you. Please contact me at your earliest convenience. If I should be speaking to someone else, please let me know immediately.

  Thank you for your anticipated cooperation.

           Very truly yours,

           Maria Georgakopoulos
           Paralegal to Richard M. Egbert

Copy: Client

*Law Offices of Richard M. Egbert, P.C.*