## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Anthony F White , to the Clerk of the United States District Court for the District of Massachusetts, for property located at 32 Frankfort St., East Boston, MA. dated January 7, 2004 and recorded in the official record book of the Suffolk County Registry of Deeds, Book 33591 and Page 48 , acknowledge satisfaction of the same and hereby Discharge said mortgage.

Witness my hand and seal this  19  day of  February , 20 08

*Sarah Allison Thornton*
Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

Date: 2/19/08

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires: 12/12/08